**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N Y

★ DEC 14 2012 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
WILLIAM HERMANEK and WILLIAM McCLEAN, : Docket No.:
on behalf of themselves and all others similarly situated, : 11-CV-5498 (LDW) (ETB)
:
Plaintiffs, : STIPULATION OF DISMISSAL
: WITH PREJUDICE
- against -  :
:
PRIME DIAGNOSTIC IMAGING CORP., :
:
Defendant. :
-------------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorney's fees (other than those specified in the Settlement Agreement).

Dated: Melville, New York
       November 30, 2012

**Shulman Kessler LLP**
*Attorneys for Plaintiffs*

By: _____
Troy Kessler, Esq.
510 Broadhollow Road, Suite 110
Melville, New York 11747
(631) 499-9100

**Vishnick McGovern Milizio LLP**
*Attorneys for Defendant*

By: _____
Avrohom Gefen, Esq.
3000 Marcus Avenue, Suite 1E9
Lake Success, New York 11042
(516) 437-4385

**So Ordered:**

/s/ U.S.D.J.

Central Islip, NY
12/14/12